IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TERRANCE REASER, #265 571, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-368-WKW |
| ) | (WO) |
| SGT. BASKINS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On March 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED (Doc. # 15), and that this case is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.

A separate final judgment will be entered.

DONE this 18th day of April, 2018.

                                                        /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE